**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**Case No. 5:22-cv-00102-FL**

| | | |
|---|---|---|
| **SHAMROCK INNOVATIONS, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **LENOVO (UNITED STATES), INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

This matter comes before the Court on the Motion by Western Digital, Inc. ("Western Digital") to Permanently Seal Document 35.

WHEREAS, the document at entry D. 35 contains non-public and sensitive commercial information belonging to Plaintiff;

WHEREAS, it appears to the Court that Western Digital claims, in good faith, that Plaintiff represents that disclosure of such confidential information contained in D. 35 could cause harm to their competitive positions;

WHEREAS, it appears to the Court that Western Digital wishes the information set forth in document D. 35 be considered by the Court;

WHEREAS, the public's right to access such information is outweighed by the interests which Plaintiff claims in protecting against public disclosure; and

WHEREAS, Western Digital consents to Plaintiff's request to seal the material at D. 35;

AND WHEREAS, the Court has provided notice to the public of Western Digital's Motion to Seal;

1

NOW, THEREFORE, upon consideration of Western Digital's Motion to Permanently Seal Document 35, the memorandum in support thereof, and the entire record herein, it is hereby:

ORDERED that Western Digital's Motion to Seal Document 35 is hereby GRANTED; and it is

FURTHER ORDERED that Western Digital's Memorandum in Support of the Motion to Intervene [D. 35] be permanently FILED UNDER SEAL.


SO ORDERED, This the 27th day of January, 2022.

_____
The Honorable Louise W. Flanagan
U.S. District Court Judge