IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:22-cv-00102-FL

| | |
|---|---|
| SHAMROCK INNOVATIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| LENOVO (UNITED STATES), INC., ) | |
| ) | |
| Defendant, ) | |
| ) | |
| WESTERN DIGITAL TECHNOLOGIES, INC. ) | |
| ) | |
| Intervenor. ) | |
| ) | |

Upon consideration of the Joint Motion to Stay Litigation Pending *Inter Partes* Reviews, and for good cause shown, IT IS HEREBY ORDERED that the Motion is GRANTED. This case is stayed pending the U.S. Patent and Trademark Office determination as to whether to institute *inter partes* review proceedings for the petitions filed by Intervenor. If *inter partes* review is instituted as to U.S. Patent No. 9,353,454, such stay shall continue until final resolution of that proceeding. If *inter partes* review is instituted only with respect to U.S. Patent No. 8,060,675, the parties shall brief whether continuance of the stay would be appropriate at that time. Intervenor is ordered to promptly notify the Court as to the decisions made by the U.S. Patent and Trademark Office regarding these pending *inter partes* review petitions challenging the patent claims at issue in this case.

SO ORDERED this the 21st day of April, 2023.

_____
The Honorable Louise W. Flanagan
U.S. District Court Judge